# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONHATAN JOIR MEDINA ALVARADO, | Case No. 1:26-cv-00112-JLT-EPG-HC |
| Petitioner, | ORDER APPOINTING COUNSEL FOR PETITIONER |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court has authorized Petitioner to proceed *in forma pauperis*. (ECF No. 4.)

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

In the petition, Petitioner states that his family and loved ones depend on Petitioner for "basic needs like the rent, food and transport" and that his parents, who suffer from serious

1

medical issues, depend on Petitioner for care. (ECF No. 1 at 6–7.) These allegations suggest that either Petitioner was previously released from immigration detention and was recently re-detained, or that Petitioner was recently detained after having lived in the United States for possibly many years. In light of these allegations, the Court finds that the interests of justice would be served by the appointment of counsel given the complexity of the legal issues involved.

Accordingly, the Court HEREBY ORDERS that:

1. Counsel is APPOINTED for Petitioner.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL:

   a. Identify counsel and send counsel's contact information to undersigned's courtroom deputy Felicia Navarro at FNavarro@caed.uscourts.gov, and counsel will be added as counsel for petitioner, or

   b. If counsel is not with the Federal Defender nor a member of the Eastern District of California Criminal Justice Act Panel, file a motion to appoint counsel as CJA counsel pro hac vice.

4. Within fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:    **January 15, 2026**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE