# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONHATAN JOIR MEDINA ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00112-JLT-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT PETER MICHAEL JONES AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on January 15, 2026, (ECF No. 5), the appointing authority for the Eastern District of California has confirmed that attorney Peter Michael Jones has been appointed as counsel for Petitioner, effective as of January 20, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court SHALL update the docket to reflect Attorney Peter Michael Jones, Wanger Jones Helsley PC, 265 E. River Park Circle, Suite 310, P.O. Box 28340, Fresno, CA 93720, (559) 233-4800-134, pjones@wjhattorneys.com, as counsel for Petitioner in this matter.

2. The Clerk of Court is DIRECTED to serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

3. In accordance with the Court's previous order (ECF No. 5), Petitioner's appointed counsel is DIRECTED to meet and confer with Respondents' counsel and the parties

shall file a joint statement regarding case management and a proposed briefing schedule on or before January 29, 2026.

IT IS SO ORDERED.

Dated:    __**January 20, 2026**__          ____/s/ *Erica P. Grosjean*____

UNITED STATES MAGISTRATE JUDGE