# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONHATAN JOIR MEDINA ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00112-JLT-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Per the parties' stipulation (ECF No. 9), the Court HEREBY ORDERS that:

1. Respondents' Opposition to Habeas Petition is due February 20, 2026; and

2. Petitioner's Reply is due February 27, 2026.

IT IS SO ORDERED.

Dated:    **January 30, 2026**        /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE